UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **RODNEY DAVIS,** | ) |
|       **Plaintiff,** | ) Case No. EDCV 12-2201 AJW |
|       v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,** | ) |
|       **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

January 23, 2014

_____
ANDREW J. WISTRICH
United States Magistrate Judge